**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-6118**

———————————

HAROLD LEE,

                    Plaintiff - Appellant,

          v.

GENE JOHNSON; MR. HAMMOND, T.P.S.; JOHN M. JABE; STANLEY
YOUNG, Warden, Pocahontas State Correctional Center,

                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:10-cv-00247-gec-mfu)

———————————

Submitted: May 26, 2011               Decided: June 1, 2011

———————————

Before KING, SHEDD and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Harold Lee, Appellant Pro Se.   William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Lee appeals the district court's order denying his motion for a preliminary injunction. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Lee's informal brief does not challenge the basis for the district court's disposition, Lee has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>